# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **STEPHEN J. STANLEY, JR.,** | CASE NO. 3:19 CV 640 |
| Plaintiff, | |
| v. | JUDGE JAMES R. KNEPP II |
| **FCA US, LLC,** | |
| Defendant. | **JUDGMENT ENTRY** |

For the reasons stated in the related Memorandum Opinion and Order issued this same date, the Court GRANTS the Defendant's Motion for Summary Judgment (Doc. 43).

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

December 3, 2021